OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015.

6/10/2015
DIOGU, MARK ALFRED    Tr. Ct. No. 1033353-A    WR-83,270-02
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RB discharged

MARK ALFRED DIOGU
LEWIS UNIT - TDC # 1359142
P. O. BOX 9000
WOODVILLE, TX 75990

REF

MEBN3B 75990